PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Marco Jones**                                              Docket No. **06-782-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Leslie Richardson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Marco Jones** , who was placed under pretrial release supervision by the **Honorable Susan D. Wigenton** sitting in the Court at Newark, New Jersey, on August 10, 2006, under the following conditions:

**$100,000 Unsecured Appearance Bond co-signed by Kenneth Coleman and Sandra Braxton and the following conditions:**

**1. Pretrial Services supervision**
**2. Defendant to reside with co-signers at 100 Boyd Street, #42B, Newark, NJ**
**3. Drug testing and treatment as directed by Pretrial Services**
**4. Mental Health testing and treatment as directed by Pretrial Services**

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a warrant be issued and lodged as a detainer**.

ORDER OF COURT

Considered and ordered this ___28th___ day
of ___Nov___ , _____ and ordered filed
and made a part of the records in the above
case.

_____
Faith S. Hochberg
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on          ___November 28, 2007___

_____
Leslie Richardson
U.S. Pretrial Services