PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marco Jones                                                                  Cr.: 06-782-001
                                                                                                PACTS Number: 45026

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg, United States District Judge

Date of Original Sentence: 11/03/08

Original Offense: Mail Fraud

Original Sentence: 41 months imprisonment; 3 years supervised release. Special conditions: mental health treatment; financial disclosure; no new debt; DNA testing

Type of Supervision: Supervised Release                            Date Supervision Commenced: 05/18/10

## PETITIONING THE COURT

[ ] To extend the term of supervision for         Years, for a total term of         Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

'THE DEFENDANT SHALL SUBMIT HIS PERSON, RESIDENCE, OFFICE OR VEHICLE TO A SEARCH, CONDUCTED BY A UNITED STATES PROBATION OFFICER AT REASONABLE TIME AND IN A REASONABLE MANNER, BASED UPON A REASONABLE SUSPICION OF CONTRABAND OR EVIDENCE OF A VIOLATION OF A CONDITION OF RELEASE; FAILURE TO SUBMIT TO A SEARCH MAY BE GROUNDS FOR REVOCATION. THE DEFENDANT SHALL WARN ANY OTHER RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCHES PURSUANT TO THIS CONDITION.'

## CAUSE

Due to Jones' lengthy history of fraud, which includes the instant offense, in addition to ten prior convictions for crimes including theft, passing bad checks, forgery, and offering false government documents, the Probation department is seeking to modify the conditions to include a Search condition. The search condition will enforce further compliance of standard supervision conditions and may serve as a deterrent for any future criminal activity, allowing for a positive re-entry into the community. In addition, the search condition will serve as a proactive technique that will protect the community in the event of noncompliant behavior.

PROB 12B - Page 2
Marco Jones

Respectfully submitted,

By: Susan Karlak
Senior U.S. Probation Officer
Date: 12/06/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/8/10
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

THE DEFENDANT SHALL SUBMIT HIS PERSON, RESIDENCE, OFFICE OR VEHICLE TO A SEARCH, CONDUCTED BY A UNITED STATES PROBATION OFFICER AT REASONABLE TIME AND IN A REASONABLE MANNER, BASED UPON A REASONABLE SUSPICION OF CONTRABAND OR EVIDENCE OF A VIOLATION OF A CONDITION OF RELEASE; FAILURE TO SUBMIT TO A SEARCH MAY BE GROUNDS FOR REVOCATION, THE DEFENDANT SHALL WARN ANY OTHER RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCHES PURSUANT TO THIS CONDITION.

Witness: _Margaret Camal_
U.S. Probation Officer

Signed: X _____
Probationer or Supervised Releasee

6.8.10
DATE