PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Marco Jones                    Dk. No. 06-CR-00782-001
                                                                            PACTS #: 45026

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 11/03/08

Original Offense: Mail Fraud, 18 U.S.C § 1346

Original Sentence: 41 months incarceration; 3 years supervised release. Special conditions: $100 Special Assessment; fine of $1,000; Restitution of $69,400; financial disclosure; mental health aftercare; no new lines of credit without permission unless in compliance with payment schedule; and search (added December 8, 2010).

Type of Supervision: supervised release               Date Supervision Commenced: 05/18/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to pay fine and restitution. |

U.S. Probation Officer Action:
The probation office recommends the case to expire as scheduled on May 17, 2013, since the restitution and fine order remain imposed as a final judgment. The offender has been instructed to continue payments with the Clerk's Office.

Respectfully submitted,

By: *Susan Karlak*
      Susan Karlak
      Senior U.S. Probation Officer
Date: 05/03/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other

The Court further orders that the Financial Litigation Unit contact the Court if the defendant fails to continue making monthly payments. So Ordered:

Signature of Judicial Officer: *Faith S. Hochberg*

5/3/2013